STATE, EX REL. IDA BROTHERTON, APPELLEE, V. ERNEST GIESE, APPELLANT.

FILED NOVEMBER 22, 1929. NO. 26934.

*William P. Warner*, for appellant.

*James J. McCarthy* and *Malcolm R. Smith*, *contra*.

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY and DAY, JJ., and THOMSEN, District Judge.

PER CURIAM.

This is an action in bastardy. The district court for Dakota county rendered judgment in favor of plaintiff for $1,000 and costs. Defendant has appealed.

We have carefully considered the record and find the same to be without prejudicial error. The judgment of the district court is therefore

AFFIRMED.